ALVAN STRIPINIS vs. WHITMAN-HANSON REGIONAL DISTRICT SCHOOL COMMITTEE. March 2, 1978. We view this matter, as we must, as an action under G. L. c. 71, § 43A, as appearing in St. 1975, c. 337. If the judge erred in dismissing the plaintiff's action pursuant to Mass. R.Civ.P. 12(b), 365 Mass. 755-756 (1974), review of the ensuing judgment may not be had by way of appeal. *MacKenzie* v. *School Comm. of Ipswich*, 342 Mass. 612, 613-614 (1961), and cases cited. The proper method of raising the issues which the plaintiff has attempted to argue

---

[1] The Attorney General and the Director of the Division of Marine and Recreational Vehicles, neither of whom has appealed.

in this court is discussed in *Dixon* v. *School Comm. of Framingham,*
5 Mass. App. Ct. 857 (1977).

*Appeal dismissed.*

*Jeffrey M. Freedman* for the plaintiff.
*James A. Toomey* for the defendant.